# UNITED STATES DISTRICT COURT

for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WILLIAM EDWIN TUCKER | ) | Case No: 5:04CR52-1 |
| | ) | USM No: 19826-058 |
| Date of Previous Judgment: 14639 | ) | Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.   ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 (Career Offendeer) |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | Life to Life months | Amended Guideline Range: | Life to Life months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   No reduction as the guideline range remains unchanged due to the statutory minimum sentence. Additionally, the application of Amendment 706 results in no change to the total offense level or the advisory guideline range since the defendant is a "Career Offender" under USSG §4B1.1, which resulted in no reduction to the offense level due to the statutory minimum of life in this case.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   June 20, 2005,   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   December 18, 2009

Effective Date: _____
          (if different from order date)

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge